# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**IN THE MATTER OF THE COMPLAINT OF EASTERN BARGE SERVICES, INC. and ABS MARINE TOWING & SALVAGE, LTD., as potential owners and/or owners** *pro hac vice* **of an unidentified barge for Exoneration from or Limitation of Liability**

**CASE NUMBER: 1:08-cv-229 (NPM/RFT)**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that any and all claims arising out of the events described in Petitioners' Complaint are hereby barred and precluded and that this limitation action is DISMISSED WITH PREJUDICE.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Neal P. McCurn, dated the 26th day of February, 2010.

DATED: March 1, 2010

*Lawrence K. Baerman*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk